# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STEVEN SHELTON,<br><br>　　　　Defendant. | Case No: CR 05-00334 SBA<br><br>**ORDER** |

On March 29, 2011, Defendant Steven Shelton ("Defendant") pleaded guilty to Count One of the Indictment—Wire Fraud, 18 U.S.C. § 1343, a Class C felony. Dkt. 569. On September 7, 2011, the Court sentenced Defendant to a term of six months of imprisonment, and a term of three years of supervised release with a condition of six months of home confinement. Dkt. 598, 603. The Court also ordered Defendant to pay a special assessment of $100 and restitution of $1,575,250. Id. On September 23, 2011, Defendant, acting pro se, filed a letter in which he states that he is "begging for mercy if it is even possible." Dkt. 608. In the letter, he recites certain serious illnesses that he has and details answers to questions that he perceives went unanswered at the sentencing hearing. Id. Although not entirely clear, it appears that Defendant is seeking a modification of his sentence. To expedite this matter, the Court directs Defendant, the Probation Office and the Government to provide the Court with further information as set forth below. Accordingly,

IT IS HEREBY ORDERED THAT Defendant shall file a memorandum with the Court within seven (7) days of the date of this order clarifying what action he is requesting the Court to take, if any, and the bases of his request. Within seven (7) days from the date

//

that Defendant files his memorandum, the Government shall file a responsive memorandum informing the Court of its position with regard to Defendant's request.

IT IS SO ORDERED.

Dated: October 6, 2011

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge